UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **JOSHUA HICKLE AND REYES LAGUNAS**, individually and on behalf of all others similarly situated, | § § § § | Docket No. 2:15-cv-00130 |
| **Plaintiffs,** | § § | **JURY TRIAL DEMANDED** |
| vs. | § § § | **COLLECTIVE ACTION** |
| **COSTY'S ENERGY SERVICES, LLC,** | § § | **PURSUANT TO 29 U.S.C. § 216(b)** |
| **Defendant.** | § | |

**PLAINTIFF JOSHUA HICKLE AND REYES LAGUNAS' MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW W. DUNLAP**

Joshua Geist, undersigned counsel for Plaintiff's Joshua Hickle and Reyes Lagunas, hereby moves that Andrew W. Dunlap be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff's Joshua Hickle and Reyes Lagunas in the above-captioned matter pursuant to Local Rule 83.2 and Local Rule 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). Andrew W. Dunlap's contact information is as follows:

Andrew Dunlap
Fed Id. 1093163
Texas Bar No. 24078444
**FIBICH, LEEBRON, COPELAND
BRIGGS & JOSEPHSON**
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
adunlap@fibichlaw.com

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Andrew W. Dunlap filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

1

Respectfully submitted,

By:*/s/ Joshua P. Geist*
    Joshua P. Geist
    PA. I.D. No. 85745
    Goodrich & Geist, P.C.
    3634 California Ave.
    Pittsburgh, PA 15212
    Tel: 412-766-1455
    Fax: 412-766-0300
    josh@goodrichandgeist.com

    **AND**

    Michael A. Josephson
    Fed. Id. 27157
    State Bar No. 24014780
    mjosephson@fibichlaw.com
    Andrew Dunlap
    Fed Id. 1093163
    State Bar No. 24078444
    adunlap@fibichlaw.com
    Lindsay R. Itkin
    Fed Id. 1458866
    State Bar No. 24068647
    litkin@fibichlaw.com
    **FIBICH, LEEBRON, COPELAND BRIGGS & JOSEPHSON**
    1150 Bissonnet
    Houston, Texas 77005
    713-751-0025 – Telephone
    713-751-0030 – Facsimile

    **AND**

    Richard J. (Rex) Burch
    Fed. Id. 21615
    Texas Bar No. 24001807
    **BRUCKNER BURCH, P.L.L.C.**
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

    **ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties.

/s/ *Joshua P. Geist*
Joshua P. Geist

3