# EXHIBIT B

## United States District Court
### Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Andrew Dunlap, Federal ID No 1093163

Admission date: February, 2, 2012

Dated July 3, 2014, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court

By: C. Sonnier, Deputy Clerk



# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

July 10, 2014

RE: **Mr. Andrew Wells Dunlap**
State Bar Number - **24078444**

To Whom it May Concern:

This is to certify that Mr. Andrew Wells Dunlap was licensed to practice law in Texas on November 04, 2011 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222