# EXHIBIT C

# Shanyn Matheys

**From:** Mirna Estopier <mestopier@fibichlaw.com>
**Sent:** Wednesday, October 08, 2014 1:35 PM
**To:** Shanyn Matheys
**Cc:** Andrew Dunlap
**Subject:** FW: Your ECF Account Information Request

-----Original Message-----
From: ecfhelp@pawd.uscourts.gov [mailto:ecfhelp@pawd.uscourts.gov]
Sent: Thursday, September 25, 2014 2:18 PM
To: Andrew Dunlap
Subject: Your ECF Account Information Request

Your requested ECF login information can be found below. Note, that a temporary password is assigned to your account. Please change your password immediately after logging in. If this request was submitted without your authorization, please contact the Clerk's Office at 1-866-266-2983 for assistance.

Your Login Name: ADunlap
Temporary Password: Us#500421

Click below for details:
http://www.pawd.uscourts.gov/Documents/Forms/MaintPW.pdf