UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **JOSHUA HICKLE AND REYES LAGUNAS, individually and on behalf of all others similarly situated,** | § § § § | **Docket No. 2:15-cv-00130** |
| **Plaintiffs,** | § § | **JURY TRIAL DEMANDED** |
| **vs.** | § § § | **COLLECTIVE ACTION** |
| **COSTY'S ENERGY SERVICES, LLC,** | § § | **PURSUANT TO 29 U.S.C. § 216(b)** |
| **Defendant.** | § | |

## ORDER

Having heard and considered Plaintiffs' Motion for Admission Pro Hac Vice for Andrew W. Dunlap, the Court is of the opinion that the Motion is hereby GRANTED.

IT IS SO ORDERED ON _____ .

_____
UNITED STATES MAGISTRATE JUDGE